UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINYIN MAR MA,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No.   13-cv-05196-JST<br><br>**ORDER TO SHOW CAUSE** |

In this action for social security benefits, Plaintiff Ma was required by the procedural order entered on November 7, 2013, to file a motion for summary judgment within 28 days of the date on which the Commissioner filed an answer. ECF No. 2. The Commissioner filed an answer on March 3, 2014. ECF No. 11. Accordingly, Ma's summary judgment motion was due on March 31, 2014. As of the date of this order, Ma has not filed a motion for summary judgment.

Within fourteen days of the date this order is filed, Ma shall show cause, in writing, why this action should not be dismissed for failure to prosecute. A failure to respond to this order will result in the dismissal of this action with prejudice.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
JON S. TIGAR
United States District Judge