UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINYIN MAR MA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No.  13-cv-05196-JST<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: ECF No. 13 |

　　　　On May 6, 2014, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute in light of Plaintiff Ma's failure to file a summary judgment motion by March 32, 2014.  See ECF No. 13.  The deadline for filing a response to the order to show cause was May 20, 2014.  The Court noted in that order that a failure to file a response by that date would result in the dismissal of this action with prejudice.  Id.

　　　　As of the date of this order, Ma has not filed a response to the order to show cause.  Accordingly, this action is dismissed with prejudice for failure to prosecute.

　　　　**IT IS SO ORDERED.**

Dated:  May 27, 2014

_____
JON S. TIGAR
United States District Judge