UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YINYIN MAR MA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No.  13-cv-05196-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 17 |

Before the Court are Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment.  ECF Nos. 17, 18.  Pursuant to Civil Local Rule 16-5, the matter is deemed submitted for decision by the Court without oral argument.  The hearing on this matter, currently scheduled for October 9, 2014, is hereby VACATED.

**IT IS SO ORDERED**.

Dated: September 26, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge